IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR192 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTONIO R. AZPEITIA, | ) | ORDER |
| a/k/a Markei Pena, a/k/a Antonio Ramirez, | ) | |
| a/k/a Refusio Virguen, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the United States' motion to strike the preliminary order of forfeiture in this case, dismiss the forfeiture count and close the forfeiture case (Filing No. 44). The Court has reviewed the record in this case and finds the United States' motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' motion is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 36) is stricken.

3. Count III of the Indictment is dismissed and the forfeiture pertaining to this case is closed.

DATED this 20th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court