IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR192 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO R. AZPEITIA, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for eligibility status is denied as moot.

2) Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody is denied.

3) The motion of Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as attorney is granted.

4) The clerk of court shall mail a copy of the memorandum opinion and this order and judgment to defendant at his last known address

DATED this 15th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court